■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS RIVERA, Appellant. [812 NYS2d 19]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about June 3, 2004, unanimously affirmed. Regardless of whether defendant validly waived his right to appeal, we find no basis to reduce defendant's sentence. No opinion. Order filed. Concur—Buckley, P.J., Friedman, Marlow, Nardelli and McGuire, JJ.